UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20199-cr-Huck

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Enrique Giglio,

        Defendant.
_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

This Cause having come before the Court on request of the Defendant for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of $3500.00 on or before 5/15/2015 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A (f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A (c).

**DONE AND ORDERED** at Miami, Florida, this 1st day of May, 2015.

                                     /s/ Barry L. Garber
                                     BARRY L. GARBER
                                     U.S. MAGISTRATE JUDGE